# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 04-7013                            September Term, 2005

CHARLES SINGLETARY,
        APPELLANT

v.

EDWARD F. REILLY, JR., IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE U.S. PAROLE COMMISSION, ET AL.,
        APPELLEES

*UNITED STATES COURT OF APPEALS*
*FOR DISTRICT OF COLUMBIA CIRCUIT*
FILED JUL 7 2006
CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 00cv01263)

---

Before: SENTELLE and BROWN, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge.*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded with instructions that Singletary be provided with a new parole revocation hearing, in accordance with the opinion of the court filed herein this date.

Per Curiam

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/23/06
BY:
ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Michael C. McGrail
Michael C. McGrail
Deputy Clerk

Date: July 7, 2006

Opinion for the court filed by Circuit Judge Brown.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk